**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MARCUS CUNNINGHAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ACCESS HOLDINGS, INC. d/b/a AUTO ACCESS TOWING and ROBERT F. GLOVER,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-03893-ODE |

## DEFAULT JUDGMENT

　　　　The defendants ACCESS HOLDINGS, INC. d/b/a AUTO ACCESS TOWING and ROBERT F. GLOVER, have default judgment entered against them jointly and severally as Final Judgment pursuant to Federal Rule of Civil Procedure 55 (b)(2), on Counts I and II as follows:  $24,070.59 representing Marcus Cunningham's lost minimum and overtime wages; and attorneys' fees and costs of $18,553.48 and default having been duly entered, and the Court, Orinda D. Evans, United States District Judge, by order of May 6, 2016, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

　　　　ORDERED AND ADJUDGED, that the plaintiff MARCUS CUNNINGHAM, recover from the defendants ACCESS HOLDINGS, INC. d/b/a AUTO ACCESS TOWING  and ROBERT F. GLOVER, jointly and severally  the amount of $24,070.59 in lost minimum and overtime wages and $18,553.48 in attorneys' fees and costs.

　　　　Dated at Atlanta, Georgia this 6th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By:　s/ Frances K. Pinckney
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　May 6, 2016
James N. Hatten
Clerk of Court


By: s/ Frances K. Pinckney
　　　　Deputy Clerk